IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA    )
    )
    )    No.    3:20-mj-4071
    v.    )
    )    Magistrate Judge Newbern
    )
WESLEY SOMERS    )

<u>MOTION FOR DETENTION</u>

    Pursuant to Title 18, United States Code, Section 3142, the Government moves to have the defendant detained pending proceedings in this matter on the basis that he may flee, given his prior conviction for contempt, the circumstances of his arrest, and the potential criminal penalties he faces in this case, and that he will endanger the safety of the community, given his prior convictions (according to FBI database searches) for child neglect (in 2017), domestic assault and reckless endangerment (in 2017), contempt (in 2017), possession of a controlled substance (in 2018), and domestic assault (in 2018). The Government moves for a continuance of three days in order to prepare for the detention hearing.

    Respectfully submitted,

    DONALD Q. COCHRAN
    United States Attorney for the
    Middle District of Tennessee

    <u>s/ *Ben Schrader*</u>
    BEN SCHRADER
    Assistant United States Attorney