UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES

v.                                            No. 3:20-mj-4071

WESLEY SOMERS

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. **WESLEY SOMERS (DOB: 02/XX/1995)** is, in due form and process of law, confined in the custody of the Davidson County Correctional Development Center, 5113 Harding Place, Nashville, TN 37211.

2. Said individual has been charged pursuant to a Complaint in Case Number No. 3:20-mj-4071 and is needed for the purpose of making an initial appearance before a United States Magistrate Judge in the United States District Court for the Middle District of Tennessee. A Writ of Habeas Corpus Ad Prosequendum should issue for that purpose.

DATED:      June 3, 2020

                              *s/Ben Schrader*
                              Ben Schrader
                              Assistant United States Attorney
                              Petitioner

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:     United States Marshal, Middle District of Tennessee; and
        Davidson County Correctional Development Center

The Petition is GRANTED.

YOU ARE HEREBY COMMANDED to bring or cause to be brought the body of **WESLEY SOMERS (DOB: 02/XX/1995)** now confined in the Davidson County Correctional Development Center, 5113 Harding Place, Nashville, TN 37211, to the United States Courthouse at 110 9th Avenue South in Nashville, Tennessee, as soon as practicable for the purpose of making an initial appearance and, unless otherwise ordered, for all other necessary proceedings in this case and shall be retained in federal custody pending resolution of this matter.

WITNESS, the Honorable Alistair E. Newbern, United States Magistrate Judge, Middle District of Tennessee.

DATED: 6/3/20

                        By: _____
                            Alistair E. Newbern
                            United States Magistrate Judge