UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:20-mj-04071 |
| ) | |
| WESLEY SOMERS ) | |

**ORDER**

On June 10, 2020, Defendant Wesley Somers appeared with counsel for a preliminary hearing and a hearing on the United States' motion for pretrial detention. Somers waived his right to a detention hearing at this time, reserving the right to seek release at a future date upon his own motion.

The Court proceeded with the preliminary hearing. For the reasons stated on the record, the Court found probable cause to support the violations alleged in the Complaint. (Doc. No. 1.)

It is therefore ORDERED that Somers be detained until trial or further order of the Court. Somers is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility pending disposition of the charges filed against him. He shall be held separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Somers shall allowed private consultation with defense counsel as needed. On order of a court of the United States or on request of an attorney for the Government, the corrections facility shall deliver Somers to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge